DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SUFI PERFORMANCE UNLIMITED, INC.,**
and **GLORIA ST. GERMAINE,**
Appellants,

v.

**SHADOWWOOD SQUARE, LTD.,**
Appellee.

No. 4D21-2475

[June 9, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2020-CA-010635-XXXX-MB.

Neil Bryan Tygar of Neil Bryan Tygar, P.A., Delray Beach, for appellants.

Ricardo A. Reyes and Sacha A. Boegem of Tobin & Reyes, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***